# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MUJAHID ABDULLAH,**

    **Plaintiff,**

v.                                                            Case No.  8:04-cv-2719-T-30TGW

**WFS FINANCIAL , INC.,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss With Prejudice (Dkt. #11) and this Court's Order to Show Cause (Dkt. #12).  Plaintiff has not responded to Defendant's motion or this Court's Order.  This matter was sent to arbitration on March 14, 2005.  Plaintiff has made no effort to arbitrate or prosecute this matter since March of 2005.  The Court, having considered Defendant's motion, and being otherwise advised in the premises, concludes that this matter should be dismissed without prejudice.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss With Prejudice (Dkt. #11) is **GRANTED IN PART AND DENIED IN PART**.
2. This case is dismissed without prejudice for failure to prosecute.
3. The clerk is directed to **CLOSE** this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on December 13, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2719 mtd 11.frm